

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Affirmed by C-625

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. O-2704
Re: Institutional purchase of
supplies involving alloca-
tion of payment to differ-
ent fiscal years.

We have your letter of August 30, 1940, as follows:

"One of the eleemosynary institutions, on August 5, 1940, contracted, through the Board of Control, for 100 tons of hay, to be deliver- ed as directed by the institution. Only 20 tons of the hay had been delivered for use September 1, 1940. At the time the contract was made there was an appropriation available for the payment of the hay for the fiscal year ending August 31, 1940. The remainder of the hay is now directed for delivery during October and November, 1940.

"May this institution pay for this hay out of the appropriation made for the fiscal year ending August 31, 1940?

"If not, may this order be divided and part paid out of the appropriation for this fiscal year and the other part out of the appropriation made for next fiscal year?"

We beg to advise that it is the opinion of this department that full payment for 100 tons of hay contract- ed for may not be made out of the appropriation made for the fiscal year ending August 31, 1940, but under the cir- cumstances stated by you the order should be divided, and that portion of the bill for hay delivered for consumption during the fiscal year ending August 31, 1940, should be

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Geo. H. Sheppard - page 2

paid from the appropriation for that year, and that portion of the hay contracted for, and to be delivered and consumed during the fiscal year ending August 31, 1941, should be paid out of the appropriation for that year.

There is no inhibition against a purchase such as this being made upon a contract for delivery and use of the supplies during the succeeding fiscal year, and no public policy is contravened by such a practice. Indeed, such a practice may be a commendable one according to the circumstances.

This conclusion is supported by our Opinions Nos. O-1068 and O-2239, copies of which accompany this reply.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By                    Ocie Speer
                      Assistant

OS-MR

Enclosures

APPROVED SEP 9, 1940

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN